UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLEN A BECKER, M.D., PLLC,

                    Plaintiff,

           v.

EMBLEMHEALTH PLAN, INC.,

                    Defendant.

26-CV-3140 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 11, 2026, Plaintiff commenced this action by filing a complaint in the Supreme Court of the State of New York alleging breach of contract, breach of implied covenant of good faith and fair dealing, quantum meruit and unjust enrichment claims under New York law.  Dkt. 1-1 (the "Complaint").  On April 16, 2026, Defendant removed the case to this Court on the basis that Plaintiff's claims raise federal questions under the Federal "No Suprises Act" (the "NSA"), codified at 42 U.S.C. §§ 300g-111–139.  Dkt.1 ("Notice of Removal"). On April 21, 2026, Defendant filed a letter motion seeking to stay this action pending the Second Circuit's decision in *East Coast Advanced Plastic Surgery, LLC v. Cigna Health & Life Ins. Co.*, 25-2204-cv (2d Cir. 2025), in which the Second Circuit will determine whether there is a private right of action under the NSA.  Dkt. 11 ("Letter Motion) at 1.  On April 27, 2026, Plaintiff filed a letter response opposing the stay, arguing that the complaint raises only contract and quasi-contract claims under state law.  Dkt. 13 ("Opp'n").

In light of these filings, it is hereby ordered that, by May 11, 2026, Plaintiff shall file a letter explaining to the Court whether its claims arise under the NSA, and if not, what the basis for the Court's subject matter jurisdiction is.  Defendant shall file its response by May 18, 2026.

SO ORDERED.

Dated:     April 29, 2026
           New York, New York

_____
           Ronnie Abrams
           United States District Judge